UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LONGWISH,

        Plaintiff,                             Case No. 1:12-cv-53

v.                                                HON. JANET T. NEFF

ISAAC ALEXIS, et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Angel Shepherd[1] filed a motion for dismissal. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 14, 2013, recommending that this Court grant Defendant's motion and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 45) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Shepherd's Motion for Dismissal (Dkt 41) is GRANTED and this matter is TERMINATED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated: July 11, 2013                            /s/Janet T. Neff
                                                      JANET T. NEFF
                                                        United States District Judge

---

[1] Listed on the docket sheet as Angel Shepperd.